People v McMillan (2024 NY Slip Op 02413)

People v Mcmillan

2024 NY Slip Op 02413

Decided on May 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, BANNISTER, GREENWOOD, AND NOWAK, JJ.

161 KA 22-01454

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
KALIK MCMILLAN, DEFENDANT-APPELLANT. 

JEFFREY CHABROWE, NEW YORK CITY, FOR DEFENDANT-APPELLANT. 
WILLIAM J. FITZPATRICK, DISTRICT ATTORNEY, SYRACUSE (BRADLEY W. OASTLER OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Onondaga County Court (Stephen J. Dougherty, J.), rendered May 13, 2019. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree and criminal possession of a weapon in the second degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Memorandum: Defendant appeals from a judgment convicting him, upon his plea of guilty, of manslaughter in the first degree (Penal Law § 125.20 [1]) and criminal possession of a weapon in the second degree (§ 265.03 [3]). We affirm. By pleading guilty, defendant forfeited his contention that County Court erred in denying his severance motion (see People v Hunter, 49 AD3d 1243, 1243 [4th Dept 2008]; People v Jackson, 288 AD2d 939, 939 [4th Dept 2001], lv denied 97 NY2d 729 [2002]; People v Cotton, 219 AD2d 836, 837 [4th Dept 1995], lv denied 87 NY2d 900 [1995]).
Entered: May 3, 2024
Ann Dillon Flynn
Clerk of the Court